# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1088
_____

PREFERRED GOVERNMENTAL
CLAIM SOLUTIONS and BREVARD
COUNTY BOARD OF
COMMISSIONERS,

Appellants,

v.

ARTHUR BROCK,

Appellee.

_____

An appeal from an order of the Judge of Compensation Claims.
Robert L. Dietz, Judge.

Date of Accident: April 20, 2016.

December 18, 2018

PER CURIAM.

AFFIRMED.

JAY, WINSOR, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


William H. Rogner and Derrick E. Cox, Winter Park, for Appellants.

Kelli Biferie Hastings of the Law Office of Kelli B. Hastings, PLLC, Orlando; and Michael P. Clelland of Morgan & Morgan, P.A., Orlando, for Appellee.